82,885-02

# HUNT COUNTY

**POST OFFICE BOX 1437 – GREENVILLE, TEXAS 75403-1437**



DISTRICT CLERK
**STACEY LANDRUM**
(903) 408-4172

November 23, 2015

Mr. Abel Acosta
Court of Criminal Appeals
P. O. Box 12308
Capitol Station
Austin, TX 78711

Re: Writ #08290 & Writ 08291
#29095, 29096, 29097, 29098 & 29099
In Re: Christopher Lamont Anderson
#WR-82885-02

Dear Sir:

Writs #08290 & 08291 were mailed to your Court on February 17, 2015, but only #08290 was received by your office. Therefore, I am enclosing the clerk's record on Writ #08291.

Also enclosed are the cover letter and certified green card receipt on both writs.

Please note that Mr. Anderson only refers to Cause #29095 & #29096 in his applications.

Christopher Lamont Anderson has not filed any other applications for writs of habeas corpus with this office.

Thank You,

*Stacey Landrum*
Stacey Landrum
Hunt County District Clerk

SCANNED



# HUNT COUNTY
POST OFFICE BOX 1437 – GREENVILLE, TEXAS 75403-1437

DISTRICT CLERK
**STACEY LANDRUM**
(903) 408-4172

Clerk,
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

February 13, 2015

Re: Writ08290 & Writ08291 – Christopher Lamont Anderson

Dear Sir:

Please find enclosed the Clerk's Record in the above styled and numbered cause.

Yours truly,

Stacey Landrum, District Clerk

By: _____
Susan Spradling, Deputy

Cc:  Christopher Lamont Anderson
#1956140
Bradshaw State Jail
PO Box 9000
Henderson, Texas 75653

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Clerk | |

Postmark Here

7126 3837 0000 0210 1712 3002

Sent To  **Court of Criminal Appeals**
Street, Apt. No.; or PO Box No.  **PO Box 12308**
 **Capitol Station**
City, State, ZIP+4  **Austin, Texas 78711**

PS Form 3800, August 2006    See Reverse for Instructions

_WRIT 08291_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk,
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED IN

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB 17 2015

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 1710 0000 8837 1924

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

STACEY LANDRUM
DISTRICT CLERK
HUNT COUNTY
P.O. BOX 1437
GREENVILLE, TX 75403-1437

FEB 19 2015

FILED

CLERK, DISTRICT COURT, HUNT CO., TX